☜ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                          :
                                        NOTICE OF INTENT TO
DANETTE VARONA,                   :   FILE AN INFORMATION

          Defendant.             :

- - - - - - - - - - - - - - - - x

**08 CRIM 504**

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           May 22, 2008

                                        MICHAEL J. GARCIA
                                        United States Attorney

                         By: _____
                            Daniel S. Goldman
                            Assistant United States Attorney

                         AGREED AND CONSENTED TO:

                        By: _____
                            Peggy M. Cross, Esq.
                            Attorney for
                            Danette Varona

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
MAY 2 7 2008

5/27/08   WHEEL A