```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------X
UNITED STATES OF AMERICA         :    08 Cr.

          v.                     :
                                      08CRIM 504
DANETTE VARONA,                  :

          Defendant.             :
------------------------X
```

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 513(a), 1344, and 2, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        June 4, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 04 2008
```

0202